AUSA

FILED

JAN 3 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8091

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Rodolfo ALDANA-Torres | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about January 30, 2008, within the Southern District of California, defendant Rodolfo ALDANA-Torres did knowingly and intentionally import approximately 64.70 kilograms (142.34 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 31,United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31ST, DAY OF JANUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Rodolfo ALDANA-Torres

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Jose G. Morquecho.

On January 30, 2008, at approximately 0827 hours, Rodolfo ALDANA-Torres entered the United States at the Calexico, California, Port of Entry. ALDANA was the driver of 2000 Chevrolet Malibu.

ALDANA gave Primary Officer Mendibles, a negative oral Customs declaration. ALDANA told Officer Mendibles he owned the vehicle. Officer Mendibles noted during inspection of the vehicle he could see packages under the dashboard. Officer Mendibles escorted ALDANA and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, Officer Zuniga obtained a negative oral Customs declaration. Officer Zuniga stated he could see packages under the dashboard during inspection of the vehicle.

A subsequent inspection of the vehicle revealed 57 packages under the dashboard and in the doors of the vehicle. Officer Zuniga probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 57 packages had a combined net weight of approximately 64.70 kilograms (142.34 pounds).

ALDANA was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived agreeing to answer question without the presence of a lawyer. ALDANA stated he thought he would be paid $800.00 to bring the marijuana-laden vehicle into the United States and park it at a gas station in Calexico.